PETTIS v. DIXON.

Action of debt on a penal statute is a civil action, and the jury may be returned to a second consideration.

ACTION of debt on the statute against importing goods into this state, without paying the duties.

After a verdict was found for the defendant, a question arose, whether the jury could be legally returned to a second

consideration, the action being founded on a penal statute. But,

By the COURT. This is an action of debt, although the public is entitled to part of the recovery: It is treated wholly as a civil action, and came up here by appeal, which it could not, had it been a criminal prosecution; therefore, the jury may be returned to a second consideration.